UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARTWELL RX, LLC,

                Plaintiff,                21-cv-2185 (PKC)

    -against-                          ORDER

INMAR, INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff may file its amended complaint by August 27, 2021. Defendant may file its motion to dismiss by September 10, 2021. Plaintiff's response is due by October 1, 2021. Defendant may reply by October 15, 2021. All discovery deadlines are stayed pending the outcome of the motion. The Clerk is directed to terminate the letter motion at docket 12.

        SO ORDERED.

                                                        P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          August 12, 2021