UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARTWELL RX, LLC,

                Plaintiff,                    21-cv-2185 (PKC)

    -against-                             ORDER

INMAR, INC. et ano.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendants seek to file a Rule 11 motion asserting the claims asserted by plaintiff are not warranted by existing law or a non-frivolous argument for extension, modifying or reversing existing law or establishing new law.

        Briefing on the pending motion dismiss will not be complete until October 15, 2021.  Without prejudging the motion to dismiss or the proposed motion for sanctions, defendants may serve but not file the motion for sanctions in accordance with Rule 11(c)(2). Plaintiff is free to withdraw or correct the challenged submission within 21 days of service of the motion for sanctions. The Court sets the time for filing of the previously served motion for sanctions as 21 days following a decision by this Court on defendants' motion to dismiss.

        SO ORDERED.

                                                          P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       September 22, 2021