UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARTWELL RX, LLC,

                Plaintiff,                21-cv-2185 (PKC)

     -against-                      ORDER

INMAR, INC et ano.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Plaintiff shall amend the Third Amended Complaint within seven days to set forth the citizenship, rather than residence, of the sole member of the plaintiff limited liability company. Defendants may file a motion to dismiss the anticipated Fourth Amended Complaint by December 17, 2021 and defendants' time to respond to the Fourth Amended Complaint is extended until then. Plaintiff may file its response to the motion by January 11, 2022 and defendants may reply by January 27, 2022. Discovery is stayed. Defendants' motion to dismiss the Second Amended Complaint is deemed withdrawn without prejudice. The Clerk shall terminate the motion (Doc 31.).

       SO ORDERED.

                                                   P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       November 8, 2021