# THE FEINSILVER LAW GROUP, P.C.
215 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041

DAVID FEINSILVER*
H. JONATHAN RUBINSTEIN*^

\* MEMBER NJ & NY BARS
^ MEMBER PA BAR

(973) 376-4400
FAX (973) 376-4405
writer's e-mail: HJR@feinsilverlaw.com

Please respond to: MILLBURN

26 COURT STREET
SUITE 2506
BROOKLYN, NY 11242
(212) 279-1069
FAX (973) 376-4405

January 5, 2022

*Application GRANTED.
SO ORDERED
[signature]
USDJ
1-5-22*

Via ECF

Honorable P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Chartwell RX, LLC v. Inmar, Inc.**
Case No. 1:21-cv-02185

Dear Judge Castel:

This firm is co-counsel for Plaintiff Chartwell RX, LLC. With the consent of adversary counsel, we are writing to request a 10-day extension of the time to submit Plaintiff's opposition to the Defendants' pre-answer motion to dismiss. The papers are currently due January 11, 2022, which would make the new due date Friday, January 21, 2022. This is the first request for an extension of time on this motion. There is no conference scheduled.

The reason for this request is that my co-counsel's firm (the Frankel Rubin Firm) has experienced a Covid outbreak. The outbreak has affected a number of the firm's attorneys, including those working with me on this matter.

Adversary counsel has also requested that they receive a similar extension of the time to file their reply papers (from January 27, 2022 to Monday, February 7, 2022). We consent to this request as well.

We thank the Court for its time and consideration.

Most respectfully submitted,

THE FEINSILVER LAW GROUP, P.C.

By: _____
H. Jonathan Rubinstein

Cc: Chartwell RX, LLC, via email
All Counsel, via ECF